In the Matter of the Claim of ADAM BATTER.
MORTGAGE COMMISSION SERVICING CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted February 29, 1940; decided March 15, 1940.

*Alfred C. Bennett* and *Benjamin Potoker* for appellant.
*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan, Francis R. Curran* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.